1 **LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
2 GUY DANILOWITZ, State Bar #257733
3 555 University Avenue, Suite 270
Sacramento, California 95825
4 Telephone: (916) 444-5678

5 Attorneys for Plaintiff

6 **BRICKWOOD LAW OFFICE**
GARY BRICKWOOD, State Bar #94892
7 DAVID PERRINE, State Bar #160796
8 1135 Pine Street, Suite 210
Redding, CA 96001
9 Telephone: (530) 245-1877

10 Attorneys for Defendants

11

12 UNITED STATES DISTRICT COURT

13 EASTERN DISTRICT OF CALIFORNIA

14

15 KENT BOURLAND,                              NO. 2:09-CV-03195-KJM-CMK

16          Plaintiff,                         **STIPULATION AND**
                                               **ORDER MODIFYING PRETRIAL**
17     vs.                                     **SCHEDULING ORDER**

18 CITY OF REDDING; Redding Police
19 Officer KEVIN KIMPLE (Badge #109);
   Redding Police Officer BRIAN BERG
20 (Badge #141); and Redding Police Sergeant
   ALLAN MELLON (Badge #309),
21
22          Defendants.
   _____/
23
24          COME NOW THE PARTIES by and through their respective counsel and subject

25 to the approval of this Court, hereby stipulate and respectfully request the following

26 modifications and/or amendments to this Court's Pretrial Scheduling Order of February 11,

27 2010 (Docket #12), modified on March 21, 2011 (Docket #14), regarding the scheduling of

28 this case:

1  • That the non-expert discovery cut-off date currently set for August 1, 2011 be
2    moved to October 31, 2011.
3  • That the expert witness disclosure cut-off date currently set for August 15, 2011 be
4    moved to November 14, 2011.
5  • That the supplemental expert witness disclosure cut-off date currently set for
6    September 6, 2011 be moved to December 6, 2011.
7  • That the expert discovery cut-off date currently set for October 6, 2011 be moved
8    to January 5, 2012.
9  • That the Dispositive Motion cut-off date currently set for December 9, 2011 be
10   moved to March 9, 2012.
11 • That the Joint Pretrial Statement currently due February 3, 2012 be moved to
12   May 9, 2012.
13 • That the Final Pretrial Conference currently set for February 15, 2012 at 11:00am
14   in Courtroom 3 be moved to May 16, 2012 at 11:00m in Courtroom 3.
15 • That the Trial currently set for April 9, 2012 at 9:00am in Courtroom 3 be moved
16   to July 9, 2012 at 9:00am in Courtroom 3.

This calendaring modification is requested because the availability of lead counsel for one of the parties has been affected by the recent death of his mother, which has led him to move the dates back in several of his other cases, necessitating that he, in turn, move the dates back in this case as well.

Dated: June 9, 2011                     LAW OFFICE OF STEWART KATZ

                                        /s/ Stewart Katz
                                        STEWART KATZ,
                                        Attorneys for Plaintiffs


Dated: June 13, 2011                    BRICKWOOD LAW OFFICE

                                        /s/ Gary Brickwood
                                        GARY BRICKWOOD
                                        DAVID PERRINE
                                        Attorneys for Defendants

Having reviewed its availability, the court orders the following modifications:

- the non-expert discovery cut-off date currently set for August 1, 2011 is reset to October 31, 2011.
- the expert witness disclosure cut-off date currently set for August 15, 2011 is reset to November 14, 2011.
- the supplemental expert witness disclosure cut-off date currently set for September 6, 2011 is reset to December 6, 2011.
- the expert discovery cut-off date currently set for October 6, 2011 is reset to January 5, 2012.
- the Dispositive Motion cut-off date currently set for December 9, 2011 is reset to March 14, 2012.
- the Joint Pretrial Statement currently due February 3, 2012 is now due May 9, 2012.
- the Final Pretrial Conference currently set for February 15, 2012 at 11:00 a.m. in Courtroom 3 is reset to May 23, 2012 at 11:00 a.m. in Courtroom 3.
- That the Trial currently set for April 9, 2012 at 9:00 a.m. in Courtroom 3 is reset to July 9, 2012 at 9:00 a.m. in Courtroom 3.

**IT IS SO ORDERED.**

Dated:   June 14, 2011.

_____
UNITED STATES DISTRICT JUDGE