IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENT BOURLAND,

    Plaintiff,                          No. CIV S-09-3195 KJM-CMK

    vs.

CITY OF REDDING; et al.,

    Defendants.                    <u>ORDER</u>

/

        This matter comes before the court on parties' joint request to modify pretrial scheduling order filed on January 26, 2012. (ECF 19.)

        Federal Rule of Civil Procedure 16(b)(4) states that "[a] schedule may be modified only for good cause and with the judge's consent." "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment. The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Johnson*, 975 F.2d at 609 (quoting FED. R. CIV. P. 16 advisory committee's notes (1983 amendment)). "Although the existence or degree of prejudice to the party opposing the modification might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking modification. [citation omitted] If the party was not diligent, the inquiry should end." *Id*.

1

1    This is parties' third joint request to modify pretrial scheduling order. (ECF 15
2 and 17.) Parties indicate they cannot meet the current schedule because both attorneys have been
3 in trials, have been juggling discovery cut-offs in other cases, and have faced logistical
4 difficulties in conducting discovery in this case. (ECF 19 at 2.) Parties are advised it appears as
5 though they are allowing their other cases to take precedence over the above-captioned matter;
6 parties are cautioned that the court will look with disfavor upon future requests to modify the
7 pretrial scheduling order.

8    Good cause having been shown, the court hereby modifies the pretrial scheduling
9 order, as modified by the court's June 15, 2011 and October 5, 2011 orders, as follows:

| | |
|---|---|
| non-expert discovery deadline reset to: | 4/30/12 |
| expert witness disclosure cut-off date reset to: | 5/14/12 |
| supplemental expert witness disclosure cut-off date reset to: | 6/4/12 |
| expert discovery witness disclosure cut-off date reset to: | 7/5/12 |
| last day for hearing dispositive motions reset to: | 9/14/12 |
| joint pretrial statement due by: | 11/8/12 |
| final pretrial conference reset to: | 11/15/12 |
| jury trial reset to: | 1/14/13 at 1:30 p.m. |

IT IS SO ORDERED.

DATED: January 30, 2012.

UNITED STATES DISTRICT JUDGE