**FILED**

JAN 24 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT BOURLAND, | No. 09-CV-03195 KJM CMK |
| Plaintiff, | |
| v. | **JURY COMMUNICATION** |
| CITY OF REDDING, et al., | |
| Defendants. | |

**REPLY FROM COURT TO NOTE RECEIVED ON January 24, 2013 AT 10:25 AM**

Date sent to jury: January 24, 2013

Time sent to jury: 10:46

    For every question on the verdict form that requires a Yes or No answer, your answer must be unanimous.

DATED: 1/24/13

KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE

1